EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiffs,
ESTATE OF ANGEL HERNANDEZ &
CLAUDIA HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANGEL HERNANDEZ by and through its successor-in-interest CLAUDIA HERNANDEZ, and CLAUDIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN BELCHAMBER, an individual, and CRISTINO QUINONEZ, an individual,<br><br>Defendants. | Case No. 21cv1773 W (KSC)<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER (ECF 30)** |

All parties, by and through their respective counsel of record, jointly move this Court for a modification of the scheduling order (ECF no. 30) to continue all dates by sixty (60) days.

Good cause exists for the modification of the controlling scheduling order. On February 2, 2023, the Court granted Plaintiffs' *ex parte* motion to amend the scheduling order (ECF no. 30). The current discovery cut-off date is March 10, 2023. The parties have been diligent in their efforts to complete discovery by the existing cut off and have actively engaged in settlement discussions. The parties have reached a tentative settlement agreement. Defendants' counsel will present the proposed settlement to City Counsel during a closed session scheduled for April

10, 2023. In the event the case does not settle, there are still several outstanding discovery issues, including the depositions of the parties and an ongoing discovery dispute regarding the San Diego Police Department investigation files relating to previous incidents involving the defendants. Therefore, the parties jointly propose the new scheduling order:

| Case Event | Current deadline (ECF no. 30) | Requested Deadline |
|---|---|---|
| Fact discovery cut-off date | March 10, 2023 | May 9, 2023 |
| Expert disclosures | March 24, 2023 | May 23, 2023 |
| Rebuttal Expert cut-off | April 7, 2023 | June 6, 2023 |
| Rule 26(a)(2)(A) and (B) | May 5, 2023 | July 5, 2023 |
| 26(a)(2)(D) by Pretrial Motion cut-off date | May 19, 2023 | July 18, 2023 |
| Expert discovery cut-off date | June 16, 2023 | August 15, 2023 |
| Pretrial motions | July 24, 2023 | September 22, 2023 |
| Mandatory settlement conference | July 5, 2023 | September 3, 2023 |
| Confidential settlement brief due | June 28, 2023 | August 27, 2023 |

The parties acknowledge that this proposed scheduling order does not address the currently scheduled dates for (1) Fed. R. Civ. P. 26(a)(3) pretrial disclosures, (2) meet and confer as required by Local Rule 16.1(f)(4), (3) draft of final pretrial order (Local Rule 16.1(f)), (4) final pretrial conference order, and the December 11, 2023, final pretrial conference. The parties understand that each district judge has different preferences about changing the date of the final pretrial conference and how far in advance certain actions should be completed before the

pretrial conference. The parties defer to this Court as to whether some or all of these dates should be continued commiserate with the new expert discovery cut-off date and pretrial motion cut-off date or whether the Court wishes to keep them the same.

      Based on the foregoing, the parties respectfully request the Court to modify the scheduling order to continue all dates by sixty (60) days.

Dated: 03/07/2023

      Respectfully submitted,

      IREDALE & YOO, APC

      */s Julia Yoo*
      EUGENE IREDALE
      JULIA YOO
      GRACE JUN
      Counsel for Plaintiffs

Dated: 03/07/2023

      MARA ELLIOTT, City Attorney

      *s/ Stacy Plotkin-Wolff*
      STACY PLOTKIN-WOLFF
      Assistant City Attorney
      Attorneys for Defendants

## CERTIFICATION

I, Julia Yoo, certify that the contents of this joint motion are acceptable to all persons required to sign the document. I have obtained each person's authorization to affix their electronic signature to this document.

Respectfully Submitted,
**IREDALE AND YOO, APC**

Dated:  03/07/2023

s/ *Julia Yoo*
JULIA YOO
Attorney for Plaintiffs