UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANGEL HERNANDEZ by and through its successor-in-interest CLAUDIA HERNANDEZ, and CLAUDIA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN BELCHAMBER, et al.,<br><br>Defendants. | Case No.: 21-CV-1773 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 33]** |

Pending before the Court is the parties' joint motion to dismiss with prejudice. Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 33] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 21, 2023

_____
Hon. Thomas J. Whelan
United States District Judge